IN THE DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**CASE NO. 2:11-CV-1779-WOB-BM**

**FEDERAL DEPOSIT INS. CO.**                          **PLAINTIFF**

VS.                      <u>**O R D E R**</u>

**A BOYD SIMPSON**                                  **DEFENDANT**

This matter is before the Court on the parties' proposed Consent Order Staying Proceedings, submitted to the chambers of the undersigned, and the Court being sufficiently advised,

**IT IS ORDERED** that:

(1) Upon consent of the parties hereto, all proceedings in this case be, and are hereby, **STAYED** until thirty (30) days after the entry of final judgment or the conclusion of final arguments at trial, whichever occurs first, in the case of *TCC, Inc. v. TOS Cigar Factory, LLC*, No. 2:10-CV-2399-WOB-BM. At the conclusion of said thirty-day period, either party to this action may request the Court to set a scheduling conference to establish deadlines for further proceedings;

(2) Defendant's motion for reconsideration (Doc. 17) be, and is hereby, **DENIED**;

(3) Defendant's motion to stay (Doc. 19) be, and is hereby, **DENIED AS MOOT**;

(4) Plaintiff's motion to consolidate (Doc. 23) be, and is hereby, **DENIED WITHOUT PREJUDICE**; and

(5) The telephone conference set for May 15, 2012 be, and is hereby, **CANCELLED**.

This 2nd day of May, 2012.

